## Case No. 13,946.

### THOMPSON v. CARBERY.

[2 Cranch, C. C. 39.] [1]

Circuit Court, District of Columbia. Dec. Term, 1811.

NEW TRIAL—REPLEVIN—VERDICT FOR VALUE AND DAMAGES.

In replevin, if the title to the goods be in issue, the court will grant a new trial, if the jury give the defendant a verdict for the value of the goods, as well as damages for taking them.

This was a motion for a new trial in an action of replevin, for a female slave, in which there was a verdict for the defendant for 425 dollars damages.

F. S. Key, for plaintiff. The jury have given the value of the slave in damages; and as there will be judgment for a return of the property the defendant will get twice the value of the slave.

Mr. Jones, contrà, said he had contended for vindictive damages; and the question is whether these damages are enormous.

THE COURT said it was evident that the jury had given their verdict under a mistake, having given the value of the negro as well as damages; and that as the defendant would have judgment for a return of the property, and a remedy upon the replevin-bond if it should not be returned, they would grant a new trial, unless the parties would agree upon a compromise. The defendant refused, and a new trial was granted upon payment of all the costs.

FITZHUGH, Circuit Judge, absent.

[See Case No. 13,945.]

## Case No. 13,947.

### THOMPSON v. CARENOUGH.

[1 Cranch, C. C. 267.] [1]

Circuit Court, District of Columbia. Dec. Term, 1805.

BAIL IN CIVIL CASE—RETURN—APPEARANCE.

If there be no declaration the court will not require special bail, unless the plaintiff appears at the return of the writ.

Assumpsit. No declaration filed; but the plaintiff had ordered the writ in person and had filed an account, sworn to. The marshal brought in the defendant. The plaintiff, being called, and not appearing, and having employed no attorney, THE COURT did not order the defendant to give bail, nor to be committed; but permitted the defendant's appearance to be taken without bail.

## Case No. 13,948.

### THOMPSON v. CARSON.

[Cited in Russell v. The Oriental, Case No. 12,-159. Nowhere reported; opinion not now accessible.]

[1] [Reported by Hon. William Cranch, Chief Judge.]